■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEAH ETHERIDGE, Appellant. [8 NYS3d 603]—Appeal by the defendant from an amended judgment of the Supreme Court, Queens County (Wong, J.), rendered September 23, 2013, revoking a sentence of probation previously imposed by the same court (Kohm, J.), upon a finding that she violated a condition thereof, upon her admission, and imposing an indeterminate sentence of 4 to 12 years of imprisonment upon her previous conviction of grand larceny in the second degree.

Ordered that the amended judgment is modified, as a matter of discretion in the interest of justice, by reducing the sentence imposed from an indeterminate term of imprisonment of 4 to 12 years to an indeterminate term of imprisonment of 2 to 6 years; as so modified, the amended judgment is affirmed.

The sentence imposed upon the revocation of probation was excessive to the extent indicated herein (*see People v Delaney*, 89 AD2d 872 [1982]; *People v Williams*, 76 AD2d 914 [1980]; *People v Green*, 75 AD2d 625 [1980]).

In light of our determination, we need not reach the defendant's remaining contentions. Skelos, J.P., Dickerson, Miller and Hinds-Radix, JJ., concur.